IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Jeffrey K. Bartels  Del. ID # 2249**
**Kenneth William Richmond** *pro hac vice*   **Attorneys for Plaintiffs**
**401 South Maryland Avenue**
**Wilmington, DE 19804**
**302-995-6211**

Estate of Ronald W. Trotman
by:  Charlotte A. Waite, Administratix
pursuant to 10 Del. C. 3701
512 N. Church Street
Milford, DE  19963
                    Plaintiff


&


Charlotte A. Waite, Mother of Decedent and
Rolanda Trotman, Sister of Decedent as Next
of Kin pursuant to 10 Del. C. 3724
512 N. Church Street
Milford, DE  19963
                    Plaintiffs


                    v


First Correctional Medical, Inc.
6861 North Oracle
P. O. Box 69370
Tucson, Arizona 85737-0015              Civil Action No. 07-62
                    Defendant
          and
Dr. Jose A. Aramburo, Jr., MD           JURY TRIAL DEMANDED
13427 Worthington Road
Philadelphia, PA  19116
                    Defendant
          and
Dr. Sitta Gombeh-Ali, MD
802 Ridge Court
Middletown, DE  19709
                    Defendant
          and

Commissioner Stanley Taylor
Delaware Department of Corrections
Administration Building
245 McKee Road
Dover, Delaware 19904
                    Defendant
            and

Joyce Talley, Bureau Chief of
Management Services
Delaware Department of Corrections
Administration Building
245 McKee Road
Dover, Delaware 19904
                    Defendant

<hr>

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission of Kenneth William Richmond to represent the Plaintiffs in this matter.

ATTORNEY FOR THE PLAINTIFF

/s/_____
Jeffrey K. Bartels, Esq.
401 S. Maryland Avenue
Wilmington, DE 19804

**CERTIFICATION OF COUNSEL TO BE
ADMITTED PRO HAC VICE**


Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this

Court, am admitted, practicing and in good standing as a member of the Bar of

Pennsylvania, and the Third Circuit Court of Appeals, and pursuant to Local Rule

83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct

which occurs in the preparation or course of this action. I also certify I am generally

familiar with this Court's Local Rules.


Signed_____ March 23, 2007
　　　　　　Kenneth W. Richmond, Esq.
　　　　　　2019 Walnut Street
　　　　　　Philadelphia, Pa  19103
　　　　　　215-523-9200 Office
　　　　　　215-840-3734 Cell

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ESTATE OF RONALD A. TROTMAN<br><br>         Plaintiff<br><br>    v.<br><br>FIRST CORRECTIONAL MEDICAL and DR. SITA GOMBEH-ALI<br><br>         Defendants | Civil Action No. 07-62 |

### O R D E R

At Wilmington, Delaware, this _____ day of March, 2007,  the Motion of

Jeffrey K. Bartels, Esquire for the Pro Hac Vice admission of Kenneth William

Richmond, Esquire as Counsel for the Plaintiff is hereby GRANTED.


/s/_____
 JUDGE