IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF RONALD TROTMAN, CHARLOTTE A. WAITE, and ROLANDA TROTMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-62 |
| v. | ) ) | |
| FIRST CORRECTIONAL MEDICAL, INC., DR. JOSE A. ARAMBURO, JR., M.D., DR. SITTA GOMBEH-ALI, M.D., COMMISSIONER STANLEY TAYLOR, JOYCE TALLEY, BUREAU CHIEF, | ) ) ) ) ) ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

### ENTRY OF APPEARANCE

**PLEASE ENTER** the appearance of Daniel L. McKenty, Esquire, and Dana Spring Monzo, Esquire, as attorneys for defendant Jose Aramburo, M.D., in the above-referenced action.

This entry of appearance in no way waives any defenses defendant may have with respect to jurisdiction, venue, process, or service of process.

                                              **McCULLOUGH & McKENTY, P.A.**

                                              /s/ Dana Spring Monzo
                                              Dana Spring Monzo
                                              1225 N. King Street, Suite 1100
                                              P.O. Box 397
                                              Wilmington, DE 19899-0397
                                              (302) 655-6749
                                              Attorney for Defendant Jose Aramburo, M.D.

Dated: April 5, 2007

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF RONALD TROTMAN, CHARLOTTE A. WAITE, and ROLANDA TROTMAN, | ) ) ) ) |
| Plaintiffs, | ) C.A. No. 07-62 |
| v. | ) ) |
| FIRST CORRECTIONAL MEDICAL, INC., DR. JOSE A. ARAMBURO, JR., M.D., DR. SITTA GOMBEH-ALI, M.D., COMMISSIONER STANLEY TAYLOR, JOYCE TALLEY, BUREAU CHIEF, | ) JURY OF 12 DEMANDED ) ) ) ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on this date the attached *Entry of Appearance* was served to the following:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

                                            **McCULLOUGH & McKENTY, P.A.**

                                            /s/ Dana Spring Monzo
                                            Dana Spring Monzo
                                            1225 N. King Street, Suite 1100
                                            P.O. Box 397
                                            Wilmington, DE 19899-0397
                                            (302) 655-6749
                                            Attorney for Defendants Jose Aramburo, M.D.

Dated: April 5, 2007