IN UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF RONALD TROTMAN, CHARLOTTE A. WAITE, and ROLANDA TROTMAN, <br><br> Plaintiffs, <br><br> v. <br><br> FIRST CORRECTIONAL MEDICAL, INC., DR. JOSE A. ARAMBURO, JR., M.D., DR. SITTA GOMBEH-ALI, M.D., COMMISSIONER STANLEY TAYLOR, JOYCE TALLEY, BUREAU CHIEF, <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 07-62-GMS ) ) ) ) ) JURY OF 12 DEMANDED ) ) ) ) ) ) ) ) |

**SUBSTITUTION OF COUNSEL**

Please substitute Daniel L. McKenty for Dana Spring Monzo as counsel for defendant Jose Aramburo, Jr., M.D.


McCULLOUGH & McKENTY, P.A.                McCULLOUGH & McKENTY, P.A.


/s/ Dana Spring Monzo                                  /s/ Daniel L. McKenty
Dana Spring Monzo, *DE Bar No. 4605*       Daniel L. McKenty, *DE Bar No. 2689*
Legal Arts Building                                       Legal Arts Building
1225 King Street, Suite 1100                       1225 King Street, Suite 1100
P.O. Box 397                                                 P.O. Box 397
Wilmington, DE 19899-0397                       Wilmington, DE 19899-0397
302-655-6749                                                302-655-6749
Attorney for Defendant Aramburo             Attorney for Defendant Aramburo


Dated: June 13, 2007

## IN UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ESTATE OF RONALD TROTMAN, CHARLOTTE A. WAITE, and ROLANDA TROTMAN, | ) ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 07-62-GMS |
| v. | ) ) | |
| FIRST CORRECTIONAL MEDICAL, INC., DR. JOSE A. ARAMBURO, JR., M.D., DR. SITTA GOMBEH-ALI, M.D., COMMISSIONER STANLEY TAYLOR, JOYCE TALLEY, BUREAU CHIEF, | ) ) ) ) ) ) ) | JURY OF 12 DEMANDED |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I certify that, on this date, a copy of this Substitution of Counsel was served upon the following individuals electronically:

Jeffrey K. Bartels, Esquire.
401 South Maryland Avenue
Wilmington, DE 19804

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA 19103

Marc Niedzielski, Esquire
Department of Justice
Carvel State Office Building
820 N. French St.
Wilmington, DE 19801

/s/ Dana Spring Monzo
Dana Spring Monzo, *DE Bar No. 4605*

Dated: June 13, 2007