IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF RONALD W. TROTMAN, et al.<br><br>        Plaintiffs,<br><br>v.<br><br>FIRST CORRECTIONAL MEDICAL, et al.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)   Civil Action No. 07-62 GMS<br>)<br>)<br>)<br>)<br>) |

**ORDER**

The docket indicates that summonses have been issued for the defendants First Correctional Medical, Inc. ("FCM") and Dr. Sitta Gombeh-Ali ("Gombeh-Ali") in the above-captioned matter, which was filed on January 31, 2007. The 120-day limit for the completion of service in this case has expired and the defendants have not been served within that time period.

IT IS HEREBY ORDERED that:

The plaintiff is directed to SHOW GOOD CAUSE, in writing, within thirty (30) days from the date of this Order, as to why the above-captioned case should not be dismissed as to the defendants FCM and Gombeh-Ali, without further notice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

_____
UNITED STATES DISTRICT JUDGE

June 22, 2007



FILED

JUN 2 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE