IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**Jeffrey K. Bartels  Del. ID # 2249**
**Kenneth William Richmond** *pro hac vice*    **Attorneys for Plaintiffs**
**401 South Maryland Avenue**
**Wilmington, DE 19804**
**302-995-6211**

Estate of Ronald W. Trotman

               Plaintiff

     v

First Correctional Medical, Inc., et al.

             Defendants

Civil Action No. 07-62 GMS

PLAINTIFF'S RESPONSE TO
RULE 4(m) ORDER AND RULE TO SHOW GOOD CAUSE

AND NOW comes the Estate of Ronald W. Trotman, by its undersigned

attorneys to show cause why the above captioned case should not be dismissed as

to Defendants FCM and Gombeh-Ali, and as reasons therefore aver the following:

1.     Defendant Sitta Gombeh-Ali was served on April 7, 2007, sixteen

days after issuance of the summons by the Clerk for the Delaware District Court.

A copy of the original summons and return is attached hereto as Exhibit "A".

However the return of process had not been filed in anticipation of the entry of

appearance by the same counsel for Defendant Jose Aramburo who had responded

to informal service made on February 2, 2007, in this matter and 07-63 which was

filed at the same time.

2.      The present case is one of three which were collectively presented for mediation before the Honorable Magistrate Judge Thuyne, (06-278 and 05-449) two of which have been the subject of successful, settlement discussions between Plaintiff's counsel and counsel for defendant First Correctional and its various physicians during the period between May 15, 2007 and June 16, 2007. Defendant First Correctional Medical's counsel suggested for the first time during the recent June discussions that his firm might not be able to appear all of the medical defendants, and additionally, that First Correctional was seriously contemplating receivership.

3.      Plaintiff served the Defendant FCM with a second copy of the Complaints in the present matter and in the matter docketed at 07-63 by UPS Overnight on April 25, 2007 with the sealed Summons provided by the Clerk for the Delaware District Court and a 4(d)(2) request for a Waiver which would make an Answer due on July 25, 2007. A copy of the shipment tracking label and tracking report is attached hereto as Exhibit "B".

4.      The Civil Rights claim is ineligible for the entry of a Default Judgment by the Clerk for the District of Delaware. The unusual circumstances presented by the self-insurance of FCM and its corporate coverage of defendant medical personnel, an expressed need for the defense counsel to sort out the actual legal representation, coupled with all counsel's desire to maintain the amicable,

forthright atmosphere in this and several other similar matters has guided the conduct of Plaintiff's counsel.

WHEREFORE, the Plaintiff respectfully prays that the Rule to Show Cause be marked as having been Shown as to Defendant Gombeh-Alie and that the Defendant First Correctional Medical be served by a Federal Marshal pursuant TO Rule 4©(2) within 15 days of the Order, costs to be borne by the Defendant FCM.

Respectfully submitted

/s/_____
Jeffrey K. Bartels
Kenneth William Richmond, *pro hac vice*
401 South Maryland Ave.
Wilmington, DE 19804
302-995-6211

# CERTIFICATION OF SERVICE

I, Kenneth W. Richmond, Esq., pro hac vice counsel for the Plaintiff, hereby certify that on Thursday, July 5, 2007 a copy of the foregoing Reply to Sua Sponte  Rule to Show Cause was served by e-mail upon Marc Neidzielski, Esquire, Department of Justice, Carvel State Office Building, 820 N. French Street, Wilmington, DE, 19801, and  Daniel L. McKenty 1225 N. King Street, Suite 1100, Wilmington,  DE, 19899

Date:  July 5, 2007

/s/_____

Kenneth W. Richmond, Esq.
2019 Walnut Street
Philadelphia, PA  19103
215-523-9200
Pro Hac Counsel for Plaintiff

# EXHIBIT A

⊕AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware

ESTATE OF RONALD A. TROTMAN
    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

FIRST CORRECTIONAL MEDICAL OF DEL.,
LLC; STANLEY TAYLOR; DR. SITTA GOMBEH-ALI;
JOYCE TALLEY; DR. JOSE ARAMBURO, MD
    DEFENDANTS

CASE NUMBER:  07-62

TO: (Name and address of Defendant)

DR. SITTA GOMBEH-ALI, M.D.
802 RIDGE COURT
MIDDLETON, DE 19709

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Jeffrey Bartels, Esquire
> 401 South Maryland Ave.
> Wilmington, DE  19804

an answer to the complaint which is served on you with this summons, within TWENTY (20) _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

MAR 2 2 2007

CLERK

(By) DEPUTY CLERK

DATE

AO 440  (Rev. 8/01)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE ~~4/6/2007~~ 4/7/07 |
| NAME OF SERVER (PRINT) <br> E. William Hevenor | TITLE *Individual  Adult* |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: *Thomas Alie, identified as husband of Defendant Sita Gombeh-Alie*

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ~~xxxxxxxxxxxxxxxx~~ *Thomas Alie, husband of Defendant Sita Gombeh-Alie*

☐ Returned unexecuted: _____

_____

☐ Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL *26 miles (Round trip)* | SERVICES $135.00 | TOTAL $135.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___4/7/07___    _E. William Hevenor_
     Date                          Signature of Server

*2 Horseshoe Lane*
*Paoli, PA. 19301*
     Address of Server

_____
(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

**UPS Next Day Air®**
**UPS Worldwide Express™**

Shipping Document

See instructions on back. Call 1-800-PICK-UPS (800-742-5877) for additional information.

**TRACKING NUMBER** 1Z F11 F42 22 1000 450 7

**1 SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. **F11F42**
ACCOUNT NO.

REFERENCE NUMBER

NAME                                    TELEPHONE
                                        215-523-9200

COMPANY
**RICHMOND & HEVENOR**
STREET ADDRESS
**2019 WALNUT ST**
CITY AND STATE                          ZIP CODE
**PHILADELPHIA        PA        19103-4403**

**2 EXTREMELY URGENT DELIVERY TO**

NAME                                    TELEPHONE
*TAMMY RASTRIES*
COMPANY
*First Correctional Medical*
STREET ADDRESS                          DEPT./FLR.
*6861 North Oracle*                     ☐ Residential
CITY AND STATE (INCLUDE COUNTRY IF INTERNATIONAL)   ZIP CODE
*Tucson, AZ*                            *85737*

**3 WEIGHT**   WEIGHT ENTER "LTR" IF LETTER | DIMENSIONAL WEIGHT If Applicable

**SHIPPER'S COPY 1**

CHARGES

**4 TYPE OF SERVICE**

☐ NEXT DAY AIR          ☐ EXPRESS (INT'L)
FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value.   ☐ DOCUMENTS ONLY

$

**5 OPTIONAL SERVICES**

☐ SATURDAY PICKUP See instructions.      ☐ SATURDAY DELIVERY See instructions.

☐ INSURED VALUE
Contents are automatically protected up to $100. For insured value over $100, see instructions.   $  AMOUNT

☐ C.O.D.
If C.O.D., enter amount to be collected and attach completed UPS C.O.D. tag to package.   $  AMOUNT

**6 ADDITIONAL HANDLING CHARGE**
An Additional Handling Charge applies for certain items. See instructions.   $

**TOTAL CHARGES**   $

**7 METHOD OF PAYMENT**

BILL SHIPPER | BILL RECEIVER | BILL THIRD PARTY DOMESTIC ONLY | CREDIT CARD | American Express Diner's Club Discover MasterCard Visa | CHECK

☐   ☐   ☐   ☐                                        ☐

RECORD ACCOUNT No. IN SECTION 8

**8** RECEIVER'S / THIRD PARTY'S UPS ACCT. No. OR MAJOR CREDIT CARD No.   EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

STREET ADDRESS

CITY AND STATE                          ZIP CODE

The shipper authorizes UPS to act as forwarding agent for export control and customs purposes. The shipper certifies that these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to U.S. law is prohibited.

**9** SHIPPER'S SIGNATURE X *[signature]*

DATE OF SHIPMENT / /

0101911202609   6/00   S

CABASE PRESS HARD WHEN MAKING 3 COPIES

009331_P1
15275444
131 of 300





**UPS United St**

**Shipping** | **Tracking** | **Freight** | **Locations** | **Support** | **Business Solutions**

Log-In  User ID: [ ]  Password: [ ]  → | Forgot Password    Regi

**Tracking**

**Track Shipments**
  Track by Reference
  Get Signature Images
  Track by E-mail
  Import Tracking Numbers 🔒
  SMS Tracking
Track with Quantum View
Access Flex Global View
Integrate Tracking Tools
Void a Shipment 🔒
Help

**Find Answers to Your Tracking Questions**

→ Go to Tracking FAQ

# Track Shipments

Track Packages & Freight    Quantum View    Flex Global View

### Tracking Summary                                    Printer Friendly 🖨 | Hel

| | |
|---|---|
| **Tracking Number:** | 1Z F11 F42 22 1000 450 7 |
| | → View package progress |
| Type: | Package |
| Status: | **Delivered** |
| Delivered on: | 04/25/2007 |
| | 10:06 A.M. |
| Delivered to: | TUCSON, AZ, US |
| Signed by: | CIANCIOLO |
| Service Type: | NEXT DAY AIR |

Tracking results provided by UPS: 07/05/2007 8:33 A.M. EST (USA)

Printer Friendly 🖨

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

Home | Shipping | Tracking | Freight | Locations | Support | Business Solutions | About UPS | Contact UPS | Register | Getting Started | Site Gui
Advanced Search | UPS Global | UPS Corporate

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.
Web Site Terms of Use | Privacy Policy | Trademarks | UPS Tariff/Terms and Conditions