AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of      Delaware

ESTATE OF RONALD A. TROTMAN
    PLAINTIFF

**SUMMONS IN A CIVIL CASE**

V.

FIRST CORRECTIONAL MEDICAL OF DEL., LLC; STANLEY TAYLOR; DR. SITTA GOMBEH-ALI; JOYCE TALLEY; DR. JOSE ARAMBURO, MD
    DEFENDANTS

CASE NUMBER: 07-62

TO: (Name and address of Defendant)

DR. SITTA GOMBEH-ALI, M.D.
802 RIDGE COURT
MIDDLETON, DE 19709

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jeffrey Bartels, Esquire
401 South Maryland Ave.
Wilmington, DE 19804

an answer to the complaint which is served on you with this summons, within **TWENTY (20)** _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO          MAR 2 2 2007

CLERK          DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE ~~[struck through]~~ 4/7/07 |
| NAME OF SERVER (PRINT)<br>E. William Hevenor | TITLE Individual Adult |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: Thomas Alie, identified as husband of Defendant Sita Gombeh-Alie

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: ~~[struck through]~~ Thomas Alie, husband of Defendant Sita Gombeh-Alie

☐ Returned unexecuted:

☐ Other (specify):

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 126 miles (3 attempts) | $135.00 | $135.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/7/07
Date

E. William Hevenor
Signature of Server

2 Horseshoe Lane
Paoli, PA. 19301
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.