UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ESTATE OF RONALD W. TROTMAN, | : |
| by Charlotte A. Waite, Administratix, and | : |
| CHARLOTTE A. WAITE, mother of decedent | : |
| and ROLANDA TROTMAN, sister of decedent | : |
| and next of kin 10 Del.C. 3724 | : |
| Plaintiffs, | : |
| | : |
| v. | : C.A.No. 07-62-GMS |
| | : |
| FIRST CORRECTIONAL MEDICAL, Inc | : |
| Dr. JOSE A. ARAMBURO, JR. M.D., | : |
| DR. SITTA GOMBEH-ALI,M.D. | : |
| COMMISSIONER STANLEY TAYLOR, | : |
| JOYCE TALLEY, BUREAU CHIEF, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree pursuant to Rule 41 to dismiss this matter with prejudice. Each party shall be responsible for their own costs including attorney fees

| | |
|---|---|
| /s/ Kenneth W. Richmond | /s/ Marc P. Niedzielski |
| Pro Hac Vice | Deputy Attorney General |
| /s/ Jeffrey K. Bartels | Carvel State Office Building – 6th Flr. |
| 401 South Maryland Avenue | 820 North French Street |
| Wilmington, DE 19804 | Wilmington, DE 19801 |
| Attorneys for Plaintiff | Attorney for Taylor & Talley |

/s/ Daniel L. McKenty
Heckler & Frabizzio
P.O Box 128
Wilmington, DE 19899
Attorney for First Correctional Medical- Delaware, LLC

DATED: September 21, 2007